**LAW OFFICES OF**
**HAROLD M. SOMER, PC**
1025 Old Country Road
Suite 404
Westbury, New York 11590
Tel. No. 516 248-8962
Fax No. 516 333-0654

July 19, 2010

Hon. Robert E. Grossman
U.S. Bankruptcy Court
U.S. Courthouse
290 Federal Plaza
PO Box 9013
Central Islip, New York 11722-9013

                              Re: Riverhead Park Corp.
                              Chapter 11 Case No. 09-78152-reg

Honorable Sir:

      This correspondence is to confirm today's telephone conversation with Chambers regarding the re-scheduling of the various matters on the Court's calendar for July 21, 2010.

      First, the status conference; the motion for approval of the sale and the broker's commission; and the hearing on the Amended Disclosure Statement have all been adjourned to August 18, 2010 at 1:30 p.m.

      The hearing on confirmation of the Amended Plan of Reorganization will not proceed and will be scheduled for a new date.

                                          Respectfully yours,

                                          /S/ Harold M. Somer

                                          HAROLD M. SOMER

cc: Stan Y. Yang, Esq. (via fax only)
    Bruce Weiner, Esq. (via e-mail only)