UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X
In re:

RIVERHEAD PARK CORP.,

                Debtor

──────────────────────────────────X

Chapter 11 Case No. 09-78152-reg

**ORDER SCHEDULING HEARING ON AMENDED DISCLOSURE STATEMENT**

      Riverhead Park Corp., the debtor and debtor-in-possession herein (Debtor) by its attorney, Harold M. Somer, PC, having filed a proposed Amended Disclosure Statement and Amended Plan of Reorganization on June 24, 2010 and a joint hearing on the approval of the Amended Disclosure Statement and confirmation of the Amended Plan of Reorganization having been noticed for July 21, 2010; it is

      ORDERED and that the hearing on the proposed Amended Disclosure Statement shall be adjourned to and held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, U.S. Courthouse, 290 Federal Plaza, Central Islip, New York on August 18, 2010 at 1:30 PM in the afternoon of that day or as soon thereafter as counsel can be heard; and it is further

      ORDERED that objections to the proposed Amended Disclosure Statement shall be filed with the Clerk of the Court in accordance with the Local Bankruptcy Rules for the Eastern District of New York with a courtesy copy for Chambers and received by Harold M. Somer, Esq., Harold M. Somer, PC, Counsel for the Debtor at 1025 Old Country Road, Ste. 404, Westbury, New York 11590; the Office of the U.S. Trustee, U.S. Courthouse, 560 Federal Plaza, Central Island, New York 11722, Attn: Stan Yang, Esq.; and any party that has filed a Notice of Appearance, no later than August 11, 2010; and it is further

      ORDERED that the hearing on the proposed Amended Plan of Reorganization shall not proceed and shall be noticed for another date to be scheduled by the Court; and it is further

      ORDERED, that pursuant to Bankruptcy Rule 2002, notice of the adjourned hearing shall be deemed sufficient if a copy of this Order is served upon all parties who were previously served with the Notice of the Joint Hearing by ordinary mail, postage pre-paid, on or before July 28, 2010.

Dated: Central Islip, New York
       July 28, 2010
                                              */s/ Robert E. Grossman*
                                              **HONORABLE ROBERT E. GROSSMAN**
                                              **UNITED STATES BANKRUPTCY JUDGE**